JUDGE SWAIN

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------------x

**251 WEST 36ᵀᴴ STREET LLC,**

        **Plaintiff,**

   -against-

**MICHAEL FISHMAN, PRESIDENT, LOCAL 32BJ,**       07 CIV
**SERVICE EMPLOYEES INTERNATIONAL UNION,**

        **Defendant.**

-----------------------------------------------------------------------x

07 CIV 5860

ECF CASE

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure of the US District Court for

the Southern and Eastern Districts of New York and to enable Judges and Magistrate Judges of

the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant

Michael Fishman, President, Local 32BJ, Service Employees International Union (a private non-

governmental party) certifies that the following are corporate parents, affiliates and/or

subsidiaries of said party which are publicly held:

       **NONE**

Date:   June 20, 2007

                            Andrew L. Strom (AS 2695)

RECEIVED
JUN 20 2007
U.S.D.C. S.D. N.Y.
CASHIERS