UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

| | |
|---|---|
| 251 WEST 36TH STREET LLC, | ECF CASE |
| Plaintiff, | AFFIDAVIT OF SERVICE |
| -against- | |
| MICHAEL FISHMAN, PRESIDENT, LOCAL 32BJ, SERVICE EMPLOYEES INTERNATIONAL UNION, | 07 CIV 5860 |
| Defendant. | |

-----------------------------------------------------------------x

STATE OF NEW YORK   )
                    )  ss.:
COUNTY OF NEW YORK  )

I, the undersigned, being sworn, depose and say:

I am not a party to the action, am over 18 years of age and reside at 2250 Brigham Street, Brooklyn, New York 11229.

On June 20, 2007, I served the within Notice of Removal of a Civil Action by depositing a true copy thereof enclosed in an official depository under the exclusive care and custody of United Parcel Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

Joseph M. Labuda, Esq.
Milman & Heidecker
3000 Marcus Avenue, Suite 3W3
Lake Success, NY 11042
Attorneys for Plaintiff

_____

Sworn to before me this
      day of June, 2007.

_____
Notary Public

JAN BINDAS TENNEY
Notary Public, State of New York
No. 01BI6158479
Qualified in Kings County
Commission Expires January 2, 20__