UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

251 WEST 36TH STREET LLC,

        Plaintiff,

-against-

MICHAEL FISHMAN, PRESIDENT, LOCAL 32BJ,
SERVICE EMPLOYEES INTERNATIONAL UNION,

        Defendant.

------------------------------------------------------------------x

ECF CASE

AFFIDAVIT OF SERVICE

07 CIV 5860

STATE OF NEW YORK  )
                          ) ss.:
COUNTY OF NEW YORK  )

    I, the undersigned, being sworn, depose and say:

    I am not a party to the action, am over 18 years of age and reside at 2250 Brigham Street, Brooklyn, New York 11229.

    On June 26, 2007, I served the within Memo Endorsement by transmitting a copy to the following persons by FAX at the telephone number set forth after each name below, which was designated by the attorney for such purpose, and by mailing a copy to the address set forth after each name.:

    Joseph M. Labuda, Esq.
    Milman & Heidecker
    3000 Marcus Avenue, Suite 3W3
    Lake Success, NY 11042
    Attorneys for Plaintiff
    Fax No.: (516) 328-0082

Sworn to before me this
    day of June, 2007.

_____
Notary Public

        ANDREW L. STROM
    Notary Public, State of New York
         No. 02ST6148508
    Qualified in Queens County
    Commission Expires 06/26/2010