**32BJ SEIU**
*Stronger Together*

SERVICE EMPLOYEES
INTERNATIONAL UNION
CLC

**MICHAEL P. FISHMAN**
President

**KEVIN J. DOYLE**
Executive Vice President

**HECTOR J. FIGUEROA**
Secretary-Treasurer

**KYLE BRAGG**
Vice President

**LENORE FRIEDLAENDER**
Vice President

**BRIAN LAMBERT**
Vice President

**VALERIE LONG**
Vice President

**KRYSTYNA ROSARIO**
Secretary

Online at:
www.seiu32bj.org

Local 32BJ Headquarters:
101 Avenue of the Americas
New York, NY 10013-1991
212.388.3800

Office of the General Counsel

SEIU Local 32BJ
101 Avenue of the Americas
19th Floor
New York, NY 10013-1906
Fax: 212.388.2062

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 2 6 2007

Writer's Direct Dial: 212.388.3025

June 21, 2007

**MEMO ENDORSED**

IT IS ORDERED that counsel to whom this Memo Endorsement is sent is responsible for faxing or otherwise delivering promptly a copy to all counsel and unrepresented parties and filing a certificate of such service within 5 days from the date hereof. Do not fax such certification to Chambers.

<u>Via Fax (212) 805-0426 Only</u>
The Honorable Laura Taylor Swain
U.S. District Court
500 Pearl Street, Rm.
New York, NY 10007

Re:    251 West 36th Street, LLC v. Fishman
       07 Civ 5860

Dear Judge Swain:

I am writing on behalf of Defendant Michael Fishman, President, Local 32BJ, Service Employees International Union ("Local 32BJ") to request an extension of time until July 6, 2007 to answer and file an opposition to Plaintiff, 251 West 36th Street, LLC's ("the Employer's") petition to vacate an arbitration award. I left voice mail messages for the Employer's counsel yesterday and today regarding this request, but have not heard back from him yet.

The instant case was filed by the Employer in New York State Supreme Court, and removed by Local 32BJ. In *D.H. Blair & Co. v. Gottdiener*, 462 F.3d 95 (2d Cir. 2006), the Second Circuit held that when a petition to vacate an arbitration award is removed to federal court, it should be treated as a motion with a return date, retaining the procedural posture it had in state court. The Employer's petition in state court had a return date of June 29, 2007, with Local 32BJ required to serve its answer seven days before the return date. Although the petition was not properly served on Local 32BJ (it was only served by regular mail), it is Local 32BJ's preference to proceed to the merits provided that it receives an extension of time to respond. Further, an extension of time would allow the parties to comply with Individual Practice Rule 2.B requiring that the parties use their best efforts to try to resolve the matter informally. Local 32BJ believes that there may be a basis on which the case can be resolved without further intervention from the Court.

For the reasons set forth above, Defendant Local 32BJ respectfully requests that the Court grant an extension of time until July 6, 2007 to file an answer and to file papers in opposition to Plaintiff's petition to vacate the arbitration award.

The request is granted.
SO ORDERED.

/s/ Laura Taylor Swain  6/25/2007
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

Sincerely,

/s/ Andrew L. Strom
Andrew L. Strom (AS 2695)
Attorney for Defendant Local 32BJ

cc:    Joseph M. Labuda, via fax, (516) 328-0082