

**SERVICE EMPLOYEES INTERNATIONAL UNION**
CLC

**MICHAEL P. FISHMAN**
President

**KEVIN J. DOYLE**
Executive Vice President

**HÉCTOR J. FIGUEROA**
Secretary-Treasurer

**KYLE BRAGG**
Vice President

**LENORE FRIEDLAENDER**
Vice President

**BRIAN LAMBERT**
Vice President

**VALERIE LONG**
Vice President

**KRYSTYNA ROSARIO**
Secretary

Online at:
www.seiu32bj.org

**Local 32BJ Headquarters:**
101 Avenue of the Americas
New York, NY 10013-1991
212.388.3800

Office of the General Counsel

**SEIU Local 32BJ**
101 Avenue of the Americas
19th Floor
New York, NY 10013-1906
Fax: 212.388.2062



Writer's Direct Dial: 212.388.3025

July 3, 2007

<u>Via Fax (212) 805-0426 and ECF</u>
The Honorable Laura Taylor Swain
U.S. District Court
500 Pearl Street, Rm.
New York, NY 10007

    Re:    251 West 36th Street, LLC v. Fishman
            07 Civ 5860 (LTS)(AJP)

Dear Judge Swain:

      I am writing on behalf of the parties in the above-referenced case to request that the Court grant an extension of time until August 1, 2007 for Defendant Michael Fishman, President, Local 32BJ, Service Employees International Union ("Local 32BJ") to answer and file an opposition to Plaintiff, 251 West 36th Street, LLC's ("the Employer's") petition to vacate an arbitration award. Defendant Local 32BJ has made one previous request for an extension of time that was granted.

      The parties make this request because they have initiated settlement discussions, and they believe that the extension of time will facilitate a settlement of the underlying dispute.

      For the reason set forth above, the parties respectfully request that the Court grant Defendant Local 32BJ an extension of time until August 1, 2007 to file an answer and to file papers in opposition to Plaintiff's petition to vacate the arbitration award.

                                        Sincerely,

                                        Andrew L. Strom (AS 2695)
                                      Attorney for Defendant Local 32BJ

cc:    Joseph M. Labuda, via fax, (516) 328-0082