UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

251 WEST 36TH STREET LLC,    ECF CASE

      Plaintiff,    AFFIDAVIT OF SERVICE

-against-

MICHAEL FISHMAN, PRESIDENT, LOCAL 32BJ,    07 CIV 5860
SERVICE EMPLOYEES INTERNATIONAL UNION,

      Defendant.

------------------------------------------------------------------x

STATE OF NEW YORK  )
                         ) ss.:
COUNTY OF NEW YORK  )

      I, the undersigned, being sworn, depose and say:

      I am not a party to the action, am over 18 years of age and reside at 4 Lincoln Avenue, Staten Island, New York.

      On July 5, 2007, I served the within Memo Endorsement by transmitting a copy to the following persons by FAX at the telephone number set forth after each name below, which was designated by the attorney for such purpose, and by mailing a copy to the address set forth after each name.:

      Joseph M. Labuda, Esq.
      Milman & Heidecker
      3000 Marcus Avenue, Suite 3W3
      Lake Success, NY 11042
      Attorneys for Plaintiff
      Fax No.: (516) 328-0082

                                              _____
                                                Melissa Beyer

Sworn to before me this
5th day of July, 2007.

_____
Notary Public

                                                JAN BINDAS TENNEY
                                         Notary Public, State of New York
                                               No. 01BI6158479
                                         Qualified in Kings County
                                    Commission Expires January 2, 20_11_