UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

| | |
|---|---|
| 251 WEST 36TH STREET LLC, | RESPONDENT FISHMAN'S SUBMISSION IN RESPONSE TO COURT ORDER DATED JUNE 27, 2007 |
| Petitioner/Plaintiff, | |
| -against- | |
| MICHAEL FISHMAN, PRESIDENT, LOCAL 32BJ, SERVICE EMPLOYEES INTERNATIONAL UNION, | 07 CIV 5860 (LTS) (AJP) |
| | ECF Case |
| Respondent/Defendant. | |

-----------------------------------------------------------------x

Respondent MICHAEL FISHMAN, PRESIDENT, SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 32BJ ("Local 32BJ" or "Union") by his attorneys, submits the following in response to the Court order dated June 27, 2007:

There are no other respondents in this case. Removal was not dated more than thirty days after Respondent was served. This action was not removed on grounds of diversity jurisdiction.

Date: July 6, 2007

_____
Andrew L. Strom (AS 2695)
SEIU Local 32BJ
101 Ave. of the Americas, 19th Floor
New York, NY 10013
Telephone:   (212) 388-3025
Facsimile:    (212) 388-2062
Attorneys for Respondent/Defendant