UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

| | |
|---|---|
| 251 WEST 36TH STREET LLC, | ECF CASE |
| Plaintiff, | AFFIDAVIT OF SERVICE |
| -against- | |
| MICHAEL FISHMAN, PRESIDENT, LOCAL 32BJ, SERVICE EMPLOYEES INTERNATIONAL UNION, | 07 CIV 5860 |
| Defendant. | |

------------------------------------------------------------------X

STATE OF NEW YORK    )
                    ) ss.:
COUNTY OF NEW YORK  )

I, the undersigned, being sworn, depose and say:

I am not a party to the action, am over 18 years of age and reside at 2250 Brigham Street, Brooklyn, New York.

On August 28, 2007, I served the within Order granting extension of time by transmitting a copy to the following persons by FAX at the telephone number set forth after each name below, which was designated by the attorney for such purpose, and by mailing a copy to the address set forth after each name.:

Joseph M. Labuda, Esq.
Milman & Heidecker
3000 Marcus Avenue, Suite 3W3
Lake Success, NY 11042
Attorneys for Plaintiff
Fax No.: (516) 328-0082

_____
Rhonda Greenberg

Sworn to before me this
28th day of August, 2007.

_____
Notary Public

JAN BINDAS TENNEY
Notary Public, State of New York
No. 01BI6158479
Qualified in Kings County
Commission Expires January 2, 20 11