UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

251 WEST 36th STREET LLC,                    07 CV 5860 (LTS) (AJP)

                    Petitioner,

        - against -                    **NOTICE OF DISMISSAL**

MICHAEL FISHMAN, PRESIDENT, LOCAL 32BJ,
SERVICE EMPLOYEES INTERNATIONAL UNION

                    Respondent.
------------------------------------------------------------x

        **PLEASE BE ADVISED** that Plaintiff hereby voluntarily dismisses the action with prejudice pursuant to the F.R.C.P. 41

Dated: Lake Success, NY
       September 10, 2007


___/s/_____
Joseph M. Labuda
Attorney for Petitioner
MILMAN & HEIDECKER
3000 Marcus Avenue, Suite 3W3
Lake Success, NY 11042