**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x

251 WEST 36th STREET LLC,

                Petitioner,

    - against -

MICHAEL FISHMAN, PRESIDENT, LOCAL 32BJ,
SERVICE EMPLOYEES INTERNATIONAL UNION

                Respondent.

-----------------------------------------------------------x

07 CV 5860 (LTS) (AJP)

**NOTICE OF DISMISSAL and ORDER**

    **PLEASE BE ADVISED** that Plaintiff hereby voluntarily dismisses the action with prejudice pursuant to the F.R.C.P. 41

Dated: Lake Success, NY
       September 10, 2007

/s/
Joseph M. Labuda
Attorney for Petitioner
MILMAN & HEIDECKER
3000 Marcus Avenue, Suite 3W3
Lake Success, NY 11042

**SO ORDERED.**

9/11/07
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 1 2 2007